UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KIM POWELL (#111068)                                      CIVIL ACTION

VERSUS

SHARON WESTON BROOME, ET AL.                 NO. 23-01395-BAJ-RLB

RULING AND ORDER

On June 25, 2026, the Magistrate Judge issued a **Report and Recommendation (Doc. 14, the "R&R")**, recommending that the Court grant Defendants' Motion for Summary Judgment (Doc. 13) and dismiss without prejudice Plaintiff's claims. The Report recommends dismissing Plaintiff's claim for declaratory judgment because it is barred by the Supreme Court's ruling in *Heck v. Humphrey,* 512 U.S. 477, 487 (1994). (Doc. 14 at 4). The Report further recommends dismissing Plaintiff's claim for injunctive relief because he lacks standing. (*Id.* at 5). No party filed a timely objection to the Report, and the Motion for Summary Judgment is unopposed.

Having carefully considered Plaintiff's Complaint (Doc. 1) and all related filings, the Court **APPROVES** the Magistrate Judge's R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (Doc. 13) be and is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 21ST day of July, 2026

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA